**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Jerome Konopka
Sandra Konopka

Debtor(s).

OBJECTION TO
CONFIRMATION

CASE #: 8-18-77195-ast
CHAPTER 13

I, Aleksandra K. Fugate, Esq., an attorney duly licensed to practice law in the State of New York and admitted in the Eastern District of New York, affirm the following to be true, under penalty of perjury:

1. I am an attorney with the firm of Woods Oviatt Gilman LLP, attorneys for the Secured Creditor, Wells Fargo Bank, N.A. ("Secured Creditor").

2. Secured Creditor is the Holder of a Note and Mortgage secured by real property commonly known as 2 Hickory Hill Drive, Holtsville, NY 11742; which is identified by the Secured Creditor with a loan number bearing the last four digits of 2296.

3. This Affirmation is submitted for the purpose of objecting to confirmation of the Chapter 13 Plan proposed by Jerome Konopka and Sandra Konopka (the "Debtors").

4. The Debtors proposed Plan fails to provide for payment of pre-petition arrears to Secured Creditor. However, the Proof of Claim filed on behalf of Secured Creditor asserts pre-petition arrears in the amount of $1,779.58. A copy of said Proof of Claim is attached hereto as Exhibit 'A'.

(This space left intentionally blank.)

**WHEREFORE**, the Secured Creditor hereby requests by virtue of the foregoing, confirmation of the Debtors proposed Chapter 13 Plan be denied pursuant to 11 U.S.C. §1325.

Dated: December 3, 2018

/s/Aleksandra K. Fugate
Aleksandra K. Fugate, Esq.
Woods Oviatt Gilman LLP
Attorneys for Secured Creditor
700 Crossroads Building
2 State Street
Rochester, NY 14614
855-227-5072

{6804051: }20184908

Exhibit A

| Fill in this information to identify the case: |
|---|
| Debtor 1  Jerome Konopka |
| Debtor 2  Sandra Konopka (Spouse, if filing) |
| United States Bankruptcy Court for the: Eastern District of New York |
| Case number 8-18-77195-ast |

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Official Form 410
# Proof of Claim

04/16

**Part 1: Identify the Claim**

**1. Who is the current creditor?**
Wells Fargo Bank, N.A.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y

Name
1000 Blue Gentian Road
Number       Street
Eagan MN 55121-7700
City                          State      ZIP Code
Contact phone  800-274-7025

Contact email  POCNOTIFICATIONS@WELLSFARGO.COM

Where should payments to the creditor be sent? (if different)

Wells Fargo Bank, N.A.
Attention: Payment Processing
MAC# F2302-04C

Name
1 Home Campus
Number       Street
Des Moines IA 50328
City                          State      ZIP Code
Contact phone  800-274-7025

Contact email  POCNOTIFICATIONS@WELLSFARGO.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
W F C M G E 1 8 7 7 1 9 5 N Y E 8 8 0 1 2 2 9 6

Official Form 410                              Proof of Claim                              page 1

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM/DD/YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 2296 |
| 7. | How much is the claim? | $ 319,887.63    Does this amount include interest or other charges?<br>☐ No<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br>Money Loaned |
| 9. | Is all or part of the claim secured? | ☐ No<br>☒ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: 2 HICKORY HILL DRIVE  HOLTSVILLE NY 11742-2540<br><br>**Basis for perfection:** Recorded Mortgage/Deed of Trust<br>Attach redacted copies of documents, if any,that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ 319,887.63<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ 1,779.58<br>**Annual Interest Rate**(when case was filed) 5.25 %<br>☒ Fixed<br>☐ Variable<br>☐ Fixed with Steps due to loan modification |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410             Proof of Claim             page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor.s business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/1/19 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/28/2018
                   MM / DD / YYYY

/s/ Aleksandra K. Fugate, Esq.
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Aleksandra K. Fugate, Esq.
            First name        Middle name        Last name

Title       Attorney

Company     Woods Oviatt Gilman LLP
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     700 Crossroads Building, 2 State Street
            Number        Street
            Rochester, NY 14614
            City                          State        ZIP Code

Contact phone   855-227-5072
Email           bkinbox@woodsoviatt.com

# Mortgage Proof of Claim Attachment (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 8-18-77195-ast |
| Debtor 1: | Jerome Konopka |
| Debtor 2: | Sandra Konopka |
| Last 4 digits to identify: | 2296 |
| Creditor: | See 410 part 1.1 |
| Servicer: | Wells Fargo Bank, N.A. |
| Fixed accrual/daily simple interest/other: | Fixed Accrual |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | 327,344.09 |
| Interest due: | 2,562.14 |
| Fees, costs due: | 86.18 |
| Escrow deficiency for funds advanced: | 0.00 |
| Other: | 0.00 |
| Less total funds on hand: | – 10,104.78 |
| Total debt: | 319,887.63 |
| *Not to be used for payoff purposes | |

## Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | 2,181.21 |
| Prepetition fees due: | 86.18 |
| Escrow deficiency for funds advanced: | 0.00 |
| Projected escrow shortage: | 1,365.49 |
| Other: | 0.00 |
| Less funds on hand: | – 1,853.30 |
| Total prepetition arrearage: | 1,779.58 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | 2,181.21 |
| Monthly escrow: | 1,365.49 |
| Private mortgage insurance: | 0.00 |
| Optional Products: | 0.00 |
| Total monthly payment: | 3,546.70 |

*Additional changes to the monthly payment amount may be required because interest rate adjustments or escrow requirement changes.

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2018 | | | | Beginning Balances | | 0.00 | | | | | | 328,089.91 | | 6,858.97 | 0.00 | 0.00 |
| 09/01/2018 | 3,546.70 | | | Monthly payment | 09/01/2018 | 3,546.70 | | | | | | 328,089.91 | | 6,858.97 | 0.00 | 0.00 |
| 09/17/2018 | | | 43.62 | Late Charge | 09/01/2018 | 3,546.70 | | | | | 43.62 | 328,089.91 | | 6,858.97 | 43.62 | 0.00 |
| 09/20/2018 | | 2,000.00 | | Payment | 09/01/2018 | 3,546.70 | 0.00 | | 0.00 | 0.00 | | 328,089.91 | | 6,858.97 | 43.62 | 2,000.00 |
| 09/28/2018 | | 27.02 | | Interest on Escrow deposit | 09/01/2018 | 3,546.70 | | | 27.02 | | | 328,089.91 | | 6,885.99 | 43.62 | 2,000.00 |
| 10/01/2018 | 3,546.70 | | | Monthly payment | 09/01/2018 | 7,093.40 | | | | | | 328,089.91 | | 6,885.99 | 43.62 | 2,000.00 |
| 10/06/2018 | | 1,600.00 | | Payment | 09/01/2018 | 7,093.40 | 0.00 | | 0.00 | 0.00 | 1,600.00 | 328,089.91 | | 6,885.99 | 43.62 | 3,600.00 |
| 10/06/2018 | | -3,546.70 | | Payment | 09/01/2018 | 7,093.40 | 0.00 | | 0.00 | 0.00 | -3,546.70 | 327,344.09 | | 6,885.99 | 43.62 | 53.30 |
| 10/06/2018 | | 3,546.70 | | Payment | 09/01/2018 | 3,546.70 | 745.82 | 1,435.39 | 1,365.49 | | 0.00 | 327,344.09 | | 8,251.48 | 43.62 | 53.30 |
| 10/16/2018 | | | 42.56 | Late Charge | 10/01/2018 | 3,546.70 | | | | | 42.56 | 327,344.09 | | 8,251.48 | 86.18 | 53.30 |
| 10/18/2018 | | 1,800.00 | | Payment | 10/01/2018 | 3,546.70 | 0.00 | | 0.00 | 0.00 | 1,800.00 | 327,344.09 | | 8,251.48 | 86.18 | 1,853.30 |
| 10/24/2018 | | | | Bankruptcy Filed | 10/01/2018 | 3,546.70 | | | | | | 327,344.09 | | 8,251.48 | 86.18 | 1,853.30 |

Official Form 410A          Mortgage Proof of Claim Attachment          page 1 of 1

## Addendum Page

Basis for asserting that the applicable party has the right to foreclose: Debtor(s) executed a promissory note secured by a mortgage, deed of trust, or security deed. The Promissory note is either made payable to creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage, deed of trust, or security deed.

### Additional Disclaimers (where applicable)

#### 410

Part 2: Question 9-Describe contains the property address and may contain a description for "Other".

#### 410A

Part 1:

Full creditor name cannot be displayed due to space limitation, see 410 part 1.1 for full name.

Part 2:

Principal Balance is from Part 5, Column M as of the Bankruptcy File Date.

Interest Due is the interest due as of the Bankruptcy File Date.

Fees, costs due is from Part 5, Column P as of the Bankruptcy File Date and includes any outstanding fees (i.e. late charges, property inspections) and cost (i.e. attorney costs), also included are corporate advances (i.e. tax, insurance) for non-escrowed loans as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Escrow deficiency for funds advanced is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

Other includes any applicable Private Mortgage Insurance, other Optional Products (i.e. A & H, Life) or Deferred Interest, where applicable, due as of the Bankruptcy File Date. This line was added to ensure transparency.

Less Total Funds on hand is the total of Part 5, Column O (if positive balance) and Q as of the Bankruptcy File Date.

Total Debt not to be used for payoff purposes.

Part 3:

Principal and Interest is the principal and interest portion of Part 5, Column G, as of the Bankruptcy File Date. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition principal and interest amounts).

Pre-Petition Fees Due is from Part 5, Column P as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Escrow Deficiency for Funds Advanced is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

Projected Escrow Shortage is the Escrow Required from the escrow analysis minus a positive escrow balance as of the Bankruptcy File Date. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition escrow amounts).

Other includes any applicable Optional Products (i.e. A & H, Life) due as of the bankruptcy file date. This line was added to ensure transparency. (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition Optional Product amounts).

Less Funds on Hand is from Part 5, column Q as of the Bankruptcy File Date.

Part 4:

Optional Products includes any applicable optional products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

(*)This disclaimer has been added to the form to explain that the monthly payment amount may change periodically throughout the life of the loan.

Part 5:

If any of the transactions in the loan payment history contain amounts for optional products, the amount for that product will be reflected in either the Contractual payment amount or the Funds Received amount, and will be applied in those amounts. It will also be reflected in column G as described below.

Column G In addition to the items listed, this also includes any past due PMI or optional products (i.e. A & H, Life) amounts, as applicable. Optional product (i.e. A & H, Life) amounts will not be included in columns H-Q due to no appropriate column heading for this type of transaction.

Column J includes taxes, insurance and MIP/PMI as applicable.

Column N will only be populated if the loan is Daily Simple Interest or if Deferred Interest exists on the account.

Column O includes taxes, insurance and MIP/PMI as applicable.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:  |  Case No: 8-18-77195-ast

JEROME KONOPKA
SANDRA KONOPKA

AFFIDAVIT OF
SERVICE BY MAIL

DEBTOR(S).

I, Andrew W. Davis, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and resides in Rochester, New York. On December 3, 2018 deponent served an Objection to Confirmation upon:

Cooper J Macco
Richard L. Stern, PC
2950 Express Drive South
Suite 109
Islandia, NY 11749

Jerome Konopka
2 Hickory Hill Dr.
Holtsville, NY 11742

Sandra Konopka
2 Hickory Hill Dr.
Holtsville, NY 11742

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke Suite 105
Jericho, NY 11753

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

By deposit a true copy, in a postpaid properly addressed envelope, in a post office box under the exclusive care and custody of the United States Postal Service at Rochester, New York

Andrew W. Davis

Sworn to before me this 3rd
day of December, 2018

Notary Public

CHRISTINE N. BOBOWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6278567
Qualified in Monroe County
My Commission Expires March 25, 20__

{6804051: }20184908